# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TYNISKI EVANS

VERSUS

BATON ROUGE COMMUNITY COLLEGE

CIVIL ACTION

16-66-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 7, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter shall be dismissed with prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B).

Baton Rouge, Louisiana the 4 day of May 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 21.